Lewis A. HENDERSON,
Plaintiff–Appellant,

v.

UNITED STATES AIR FORCE, Davis–
Monthan Air Force Base,
Defendant–Appellee.

No. 08–17514.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 9, 2010.

Lewis A. Henderson Tucson, AZ, pro se.

Richard E. Gordon, Elizabeth Adair
Strange, USTU–Office of the U.S. Attorney, Tucson, AZ, for Defendant–Appellee.

Before: FERNANDEZ, GOULD, and
M. SMITH, Circuit Judges.

MEMORANDUM **

Lewis A. Henderson appeals pro se from
the district court's judgment dismissing his
action alleging that defendant violated the
Privacy Act. We have jurisdiction pursuant
to 28 U.S.C. § 1291. We review de novo a
dismissal for lack of subject matter jurisdiction. *Orsay v. U.S. Dep't of Justice,*
289 F.3d 1125, 1128 (9th Cir.2002). We
affirm.

The district court properly dismissed
Henderson's Privacy Act claims because

they are precluded by the Civil Service
Reform Act ("CSRA"). *See id.* at 1128–30
(affirming dismissal of Privacy Act claim
for lack of subject matter jurisdiction
where the alleged conduct constitutes a
"prohibited personnel practice" under the
CSRA).

Henderson's remaining contentions are
unpersuasive.

**AFFIRMED.**

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

